

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00562-CV

James D. **SCUDDAY**,
Appellant

v.

Austin **KING**, Tierra Linda Ranch Homeowners Association, Jerry Adams, Bob Dockey, Mary LaFrance, Tammy Haney, Denise Chambers and Dimas Lopez,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14446
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we AFFIRM the trial court's August 10, 2020 order granting appellees' no-evidence motion for summary judgment as to appellant James D. Scudday's breach of contract, tortious interference, and defamation per se claims; the August 10, 2020 order granting appellees' traditional motion for summary judgment as to Scudday's ultra vires claims and appellee Bob Dockey's affirmative defense of limitations; the August 11, 2020 order granting appellees' traditional motion for summary judgment as to Scudday's claims for declaratory judgment and appellees' no-evidence motion for summary judgment on Scudday's invasion of privacy claims; and the August 11, 2020 Order Denying Plaintiff's Motion for Partial Summary Judgment on Suit for Declaratory Judgment.

We ORDER appellant James D. Scudday to pay the costs of this appeal.

SIGNED June 22, 2022.

_____
Beth Watkins, Justice